# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM MEDLEY II and TANYA GOSPODINVA,** individually and on behalf of other persons similarly situated, C/O Migliaccio & Rathod LLP 412 H Street NE, Ste. 302 Washington, D.C. 20002, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA,** 1350 Pennsylvania Ave., NW Washington, D.C. 20004 <br><br> and <br><br> **LATINO ECONOMIC DEVELOPMENT CORPORATION OF WASHINGTON, D.C.,** 1401 Columbia Rd. NW Unit C1 Washington, D.C. 20009, <br><br> **Defendants.** | **No. 1:25-cv-724** |

## DEFENDANT DISTRICT OF COLUMBIA'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendant District of Columbia ("the District") removes *William Medley, et al. v. District of Columbia, et al.*, Case No. 2024-CAB-006478, from the Superior Court of the District of Columbia to this Court.[1]  A

---

[1]      Defendant Latino Economic Development Corporation of Washington, D.C. (LEDC), consents to removal.  *See Hurt v. District of Columbia*, 869 F. Supp. 2d 84, 86 (D.D.C. 2012) ("removal to federal court additionally requires a timely demonstration of consent from all served defendants within thirty days of service of the complaint, under the widely recognized rule of unanimity") (quotation omitted)).

party may remove a civil action brought in Superior Court if this Court would have original

jurisdiction over the action. 28 U.S.C. §§ 1441(a), 1451(1). This Court has "original jurisdiction

of all civil actions arising under the Constitution, laws, or treaties of the United States." *Id.*

§ 1331. Plaintiffs' original Complaint alleged only local law claims; Plaintiffs' Amended

Complaint adds a Fifth Amendment Due Process claim via 42 U.S.C. § 1983, and common law

claims, including fraud and negligent misrepresentation. Defs.' Ex. A, Am. Compl. ¶¶ 128–35

(Count 1). This action thus "aris[es] under the Constitution," 28 U.S.C. § 1331, and this Court

has original jurisdiction to hear this claim. *See Matthews v. District of Columbia*, 675 F. Supp.

2d 180, 185 (D.D.C. 2009) ("A plaintiff's claim under 42 U.S.C. § 1983 that a defendant

violated his constitutional rights is a claim arising under the laws of the United States."). Venue

is proper in this district because Plaintiffs challenge a District agency's action, so a "substantial

part of the events or omissions giving rise to the claim occurred" in this district. 28 U.S.C.

§ 1391(b)(2). This notice of removal is timely because it is filed on March 12, 2025, and

Plaintiffs served their Amended Complaint on the District on February 10, 2025. *See id.*

§ 1446(b)(3) (notice of removal is timely "if filed within 30 days after the receipt by the

defendant, through service or otherwise, of a copy of an amended pleading"). Copies of all

process, pleadings, and orders served on the District are attached. After this Notice of Removal

is filed in this Court, the District will file the notice with the Clerk of the Court for the Superior

Court and serve a copy on Plaintiffs.

Date: March 12, 2025.                                  Respectfully submitted,

                                                       BRIAN L. SCHWALB
                                                       Attorney General for the District of Columbia

                                                       CHAD COPELAND
                                                       Deputy Attorney General

Civil Litigation Division

*/s/ Matthew R. Blecher*

MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ David R. Wasserstein*

MARCUS D. IRELAND [90005124]
DAVID WASSERSTEIN [1736006]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 442-9784
david.wasserstein@dc.gov

*Counsel for Defendant District of Columbia*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2025, I served a copy of foregoing Notice of Removal

to counsel for Plaintiffs via email to:

Randolph T. Chen
MIGLIACCIO & RATHOD LLP
412 H St., NE, Suite 302
Washington, D.C. 20002
rchen@classlawdc.com

Courtney L. Weiner
Law Office of Courtney Weiner PLLC
1629 K Street NW, Suite 300
Washington, D.C. 20006
cw@courtneyweinerlaw.com

*Counsel for Plaintiffs*

*/s/ David R. Wasserstein*
DAVID R. WASSERSTEIN [1736006]
Assistant Attorney General